De Coro USA Ltd.                    Invoices Subject to Reclamation                                        Exhibit 2

| Type | Date | Num | P. O. # | Memo | Ship Date | Amount | Delivery Order to Trucker |
|---|---|---|---|---|---|---|---|
| Invoice | 08/20/2007 | 66202 | 07067100olh | MSKU9481896 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/20/2007 | 66203 | 07067100OLJ | MSKU8919524 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/20/2007 | 66205 | 04307100IGM | MSKU0483671 | 09/23/2007 | 18,935.00 | 9/25 - DO to Westend |
| Invoice | 08/21/2007 | 66226 | 07097100FKC | MSKU0499560 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/21/2007 | 66227 | 07097100FKD | MSKU0499913 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/21/2007 | 66228 | 07097100FKK | MSKU0491614 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/21/2007 | 66229 | 07067100OLI | MSKU0500613 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/21/2007 | 66230 | 07097100FGS | MSKU0479218 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/21/2007 | 66231 | 07097100FGR | CAXU9217840 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/22/2007 | 66250 | 07067100PKZ | CLHU8455883 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/23/2007 | 66286 | 07067100OKY | PONU7786710 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/23/2007 | 66287 | 07067100OLA | GESU4193999 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/24/2007 | 66311 | PL0706DEC6 | AMFU8473934 | 09/23/2007 | 14,865.00 | 9/25 - DO to Westend |
| Invoice | 08/24/2007 | 66312 | 07097100FKE | TORU5300447 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/24/2007 | 66313 | 07097100FGT | PONU7293462 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/24/2007 | 66314 | 07027100KTG | PONU8204984 | 09/23/2007 | 17,010.00 | 9/25 - DO to Westend |
| Invoice | 08/24/2007 | 66315 | 07097100FKG | MSKU0467710 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/25/2007 | 66352 | 07027100KTE | POCU7059785 | 09/23/2007 | 17,010.00 | 9/25 - DO to Westend |
| Invoice | 08/25/2007 | 66353 | 07097100FKP | PONU7597110 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/25/2007 | 66354 | 07097100FKH | MSKU8790036 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/25/2007 | 66355 | 07097100FGU | MSKU8962095 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/25/2007 | 66356 | 07027100FKF | FSCU6608893 | 09/23/2007 | 17,010.00 | 9/25 - DO to Westend |
| Invoice | 08/25/2007 | 66357 | 07097100FGW | MSKU8638949 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/27/2007 | 66385 | 07097100FKJ | MSKU9194664 | 09/23/2007 | 15,000.00 | 9/25 - DO to Westend |
| Invoice | 08/27/2007 | 66386 | 07097100FGX | PONU8233175 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/27/2007 | 66387 | 05227100WEK | MSKU8791773 | 09/23/2007 | 16,910.00 | 9/25 - DO to Westend |
| Invoice | 08/27/2007 | 66388 | 07097100FGY | PONU8141989 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 08/27/2007 | 66389 | 07097100FGV | MSKU9599615 | 09/23/2007 | 17,900.00 | 9/25 - DO to Westend |
| Invoice | 09/03/2007 | 66615 | 07257200WLN | MSKU8451356 | 09/18/2007 | 21,040.00 | 9/26 - DO to Container Connection |
| Invoice | 09/07/2007 | 66733 | 07257180YPI | TGHU7958575 | 09/21/2007 | 18,000.00 | 9/27 - DO to Shippers |
| Invoice | 09/04/2007 | 66642 | 07257100YNF | MSKU0465699 | 10/15/2007 | 18,000.00 | 10/15 - RELEASED TO LEVITZ |
| Invoice | 09/04/2007 | 66643 | PL0725DEC9 | MSKU0468050 | 10/15/2007 | 17,790.00 | 10/15 - RELEASED TO LEVITZ |
| Invoice | 09/05/2007 | 66660 | 07257100YPF | MSKU0475932 | 10/15/2007 | 18,000.00 | 10/15 - RELEASED TO LEVITZ |
| Invoice | 09/14/2007 | 66919 | 07257200YPH | PONU7127749 | 10/15/2007 | 18,000.00 | 10/15 - RELEASED TO LEVITZ |
| Invoice | 09/14/2007 | 66920 | 07257200YPG | INKU2873042 | 10/15/2007 | 18,000.00 | 10/15 - RELEASED TO LEVITZ |
| Invoice | 09/14/2007 | 66921 | 07257200YNH | MSKU9845339 | 10/15/2007 | 18,000.00 | 10/15 - RELEASED TO LEVITZ |

| De Coro USA Ltd. | | | | | Invoices Subject to Reclamation | | | | | | Exhibit 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | | 09/14/2007 | | 66923 | | 07257200YNG | | UESU4714072 | | 10/15/2007 | 18,000.00 | 10/15 - RELEASED TO LEVITZ |
| | | | | | | | | | | | 619,770.00 | |