TOGUT, SEGAL & SEGAL LLP
Bankruptcy Counsel for Albert Togut,
Not Individually But Solely In His Capacity As The
Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In the Matter                       :   Chapter 7
                                    :   Case No. 07-13532 (REG)
-of-                                :
                                    :
PLVTZ, INC.,                        :
                                    :
                        Debtor.     :
                                    :
-----------------------------------------------------------------x

## STATEMENT OF UNPAID DISTRIBUTION CHECKS

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT

Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee ("Trustee") of the estate of PLVTZ, Inc. (the "Debtor"), respectfully states that:

1. On April 16, 2014, I filed the *Trustee's Final Report* (the "TFR") [Docket Nos. 1321, 1329]. The TFR sought, *inter alia*, approval to issue final distribution checks to holders of allowed claims against the Debtor's estate. The Court approved the TFR by an Order dated May 20, 2014 (the "Order") [Docket No. 1333].

2. The Order authorized me to, among other things, make a *pro rata* distribution to holders of allowed Chapter 11 administrative expense claims.

3. On May 20, 2014, I filed the *Notice of Proposed Distribution* [Docket No. 1334], delineating the proposed final distribution to the holders of allowed Chapter 11 administrative claims, and I issued checks to holders of those claims on

May 22, 2014. Creditors were required to negotiate their distribution checks within ninety (90) days after the date of issuance, which was August 21, 2014 (the "Deadline").

4. All of the distribution checks that I issued were negotiated before the Deadline, with exception to the checks that are identified on the Schedule that is annexed hereto as Exhibit "1," and despite diligence, I have been unable to locate new addresses for those creditors. Consequently, I have caused a stop payment to be issued against such checks. The name of the creditors to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are listed on Exhibit "1."

5. I have therefore issued a check, which accompanies this statement, in the amount of $25,679.97 made payable to the Clerk of the Bankruptcy Court pursuant to section 347 of the Bankruptcy Code.

Dated:    New York, New York
          September 11, 2014

                                          _____
                                          Albert Togut, not individually but
                                          solely in his capacity as Chapter 7
                                          Trustee of the estate of PLVTZ, Inc.

## Exhibit 1

*In re PLVTZ, Inc.*, Case No. 07-13532 (REG)

UNCLAIMED DISTRIBUTION CHECKS

| Check No. | Payee/Address | Amount |
|---|---|---|
| 198 | Keyspan Gas East Corp. d/b/a National Grid<br><br>Elise M. Pugliese, Esq.<br>175 E. Old Country Road<br>Hicksville, New York 11801 | $9,220.04 |
| 201 | Brooklyn Union Gas Company<br>dba Keyspan Energy Delivery NY<br><br>One MetroTech Center<br>Brooklyn, New York 11201-3850 | $3,396.85 |
| 214 | 2894 ASSETS, LLC<br><br>Brian McCaffrey, Esq.<br>Leffler Marcus & McCaffrey LLC<br>200 Madison Avenue, Suite 1901<br>New York, New York 10016 | $10,148.78 |
| 223 | Brooklyn Union Gas Company<br>dba Keyspan Energy Delivery NY<br><br>One MetroTech Center<br>Brooklyn, New York 11201-3850<br>Attn: Mr. E.Negron – 15th Floor | $2,480.55 |
| 227 | Finaldi, Deborah<br><br>13 Amethyst Lane<br>Paterson, New Jersey 07501 | $433.75 |
| | Total | $25,679.97 |