Copy mailed

12/4/14

From:
Linda K. Davis
PO Box 9616
Newark, N.J. 07104

[DEC 10 2014]

Re: Claim # 000000939

TO: Albert Togut, Chapter 7 Trustee
One Penn Plaza
Suite 3335
New York, NY 10119

I am writing this letter in regard to a notice of Trustee's final Report and Application for Compensation. My name was mentioned in the above (see Attached notice) And I am Requesting A date to find out when Funds will be Allocated to me. Your cooperation in this matter is greatly appreciated.

Thank you Kindly,
Linda Davis
(973 350 6467)

P.S. I have tried several times Calling your office @ 212 268 4366. Called Bankr. Clerk of Bankruptcy Court # 212-668-2870 Customer Serv

Table 1 (top-left):

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000916 | Richard J Purino | $ 749.74 | $ 0.00 | $ 0.00 |
| 0000000918 | Licelly Guzman | $ 500.00 | $ 0.00 | $ 0.00 |
| 0000000919 | Elvira Purino | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000000923 | Hugo Navas | $ 2,458.83 | $ 0.00 | $ 0.00 |
| 0000000925 | David A Jones | $ 218.40 | $ 0.00 | $ 0.00 |
| 0000000926 | Ryan N McCaughey | $ 351.04 | $ 0.00 | $ 0.00 |
| 0000000930 | Joseph Pedri | $ 280.68 | $ 0.00 | $ 0.00 |
| 0000000936 | Barbara Walterick | $ 3,893.50 | $ 0.00 | $ 0.00 |
| 0000000937 | Abraham & Esther Gozansa | $ 348.99 | $ 0.00 | $ 0.00 |
| 0000000939 | Linda K Davis | $ 160.49 | $ 0.00 | $ 0.00 |
| 0000000942 | Jill Owens | $ 1,082.49 | $ 0.00 | $ 0.00 |
| 0000000944 | Anne Marie LaPlaca | $ 853.67 | $ 0.00 | $ 0.00 |
| 0000000946 | Valary E Roberts | $ 692.49 | $ 0.00 | $ 0.00 |
| 0000000951 | Woinshet Haile Kebede | $ 268.36 | $ 0.00 | $ 0.00 |
| 0000000953 | Alice Green | $ 200.00 | $ 0.00 | $ 0.00 |
| 0000000954 | Thomas Santoro | $ 813.57 | $ 0.00 | $ 0.00 |
| 0000000960 | Monica Martinez | $ 737.40 | $ 0.00 | $ 0.00 |
| 0000000965 | Anthony Baratta | $ 303.44 | $ 0.00 | $ 0.00 |
| 0000000966 | Paradise SW Cleaners | $ 2,183.88 | $ 0.00 | $ 0.00 |
| 0000000971 | Ms Sylvia Black | $ 500.00 | $ 0.00 | $ 0.00 |
| 0000000972 | Kimberly Seal | $ 169.98 | $ 0.00 | $ 0.00 |
| 0000000980 | Brian Walker | $ 1,360.21 | $ 0.00 | $ 0.00 |
| 0000000983 | Marie Espinosa | $ 1,585.00 | $ 0.00 | $ 0.00 |
| 0000000987 | Irma Joseph Pierre | $ 200.00 | $ 0.00 | $ 0.00 |
| 0000000990 | Scharold Peterson | $ 723.70 | $ 0.00 | $ 0.00 |
| 0000000991 | Scharold Peterson | $ 200.00 | $ 0.00 | $ 0.00 |
| 0000000992 | Elizabeth Ann Primrose | $ 739.98 | $ 0.00 | $ 0.00 |
| 0000000993 | Kimberly J Orozco | $ 250.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page 26)

Table 2 (top-right):

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000000994 | Renee L Olsen | $ 334.90 | $ 0.00 | $ 0.00 |
| 0000000997 | Galia A Dumas | $ 185.98 | $ 0.00 | $ 0.00 |
| 0000000999 | Cherryl Walcott | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 0000001002 | Diane Cheslock | $ 239.00 | $ 0.00 | $ 0.00 |
| 0000001003 | Joylin Patmus Armstrong | $ 2,171.88 | $ 0.00 | $ 0.00 |
| 0000001005 | City of Las Vegas | $ 5,930.54 | $ 0.00 | $ 0.00 |
| 0000001017 | Gina Porco | $ 424.72 | $ 0.00 | $ 0.00 |
| 0000001018 | Joe & Lisa Levy | $ 1,250.00 | $ 0.00 | $ 0.00 |
| 0000001019 | Matilde Gonzalez | $ 1,030.00 | $ 0.00 | $ 0.00 |
| 0000001028 | Tamara Allen | $ 1,077.99 | $ 0.00 | $ 0.00 |
| 0000001031 | Heather Cullmer | $ 7,169.96 | $ 0.00 | $ 0.00 |
| 0000001043 | Payam Marouni | $ 1,917.61 | $ 0.00 | $ 0.00 |
| 0000001045 | Robert Levine | $ 500.00 | $ 0.00 | $ 0.00 |
| 0000001051 | James Garcia | $ 476.85 | $ 0.00 | $ 0.00 |
| 0000001078 | Monica Garcia & Ricardo Gonzalez | $ 765.55 | $ 0.00 | $ 0.00 |
| 0000001079 | Patricia Nicklaus | $ 527.99 | $ 0.00 | $ 0.00 |
| 0000001080 | Linda McAndrew | $ 155.00 | $ 0.00 | $ 0.00 |
| 0000001082 | Randle Posten | $ 250,000.00 | $ 0.00 | $ 0.00 |
| 0000001084 | Ronald Shepard | $ 541.24 | $ 0.00 | $ 0.00 |
| 0000001087 | Mrs Valerie Vettck | $ 6.00 | $ 0.00 | $ 0.00 |
| 0000001090 | Matob Kandzhoroff | $ 5,898.00 | $ 0.00 | $ 0.00 |
| 0000001097 | Paul R Choudhury | $ 754.23 | $ 0.00 | $ 0.00 |
| 0000001103 | Karen Hinton | $ 235.76 | $ 0.00 | $ 0.00 |
| 0000001106 | Leonard Anton H Wheeler | $ 984.48 | $ 0.00 | $ 0.00 |
| 0000001113 | Paul Usine | $ 500.00 | $ 0.00 | $ 0.00 |
| 0000001114 | Orange County Treasurer Tax Collector | $ 0.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page 27)

Table 3 (bottom-left):

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000001115 | New York State Department of Taxation | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000001118 | Nevada Department of Taxation | $ 22,776.08 | $ 0.00 | $ 0.00 |
| 0000001120 | Charles Alexander | $ 540.00 | $ 0.00 | $ 0.00 |
| 0000001121 | Herman James | $ 811.70 | $ 0.00 | $ 0.00 |
| 0000001124 | Alexandra Nieves | $ 117.38 | $ 0.00 | $ 0.00 |
| 0000001127 | Miriam Mattis | $ 330.24 | $ 0.00 | $ 0.00 |
| 0000001131 | Denise J Browne | $ 348.51 | $ 0.00 | $ 0.00 |
| 0000001135 | Pennsylvania Department of Revenue | $ 2,516.75 | $ 0.00 | $ 0.00 |
| 0000001139 | US Customs and Border Protection | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000001140 | Cynthia Brookwood | $ 862.87 | $ 0.00 | $ 0.00 |
| 0000001141 | Thomas Conti | $ 249.97 | $ 0.00 | $ 0.00 |
| 0000001142 | Gino Castellano | $ 500.00 | $ 0.00 | $ 0.00 |
| 0000001144 | Siobhan Cropper | $ 452.85 | $ 0.00 | $ 0.00 |
| 0000001145 | Lydia Martinez | $ 121.50 | $ 0.00 | $ 0.00 |
| 0000001155 | Angela Geiger | $ 167.00 | $ 0.00 | $ 0.00 |
| 0000001163 | John Rundle | $ 79.00 | $ 0.00 | $ 0.00 |
| 0000001166 | Clayborne Kasserman | $ 858.51 | $ 0.00 | $ 0.00 |
| 0000001170 | Elvira Purino | $ 261.10 | $ 0.00 | $ 0.00 |
| 0000001171 | Cynthia S Thatcher | $ 281.11 | $ 0.00 | $ 0.00 |
| 0000001180 | Charles Melendez Jr | $ 108.89 | $ 0.00 | $ 0.00 |
| 0000001182 | Martha Jakubowski | $ 1,197.24 | $ 0.00 | $ 0.00 |
| 0000001184 | Alex Vuotto and Kristine Vuotto H W | $ 1,164.91 | $ 0.00 | $ 0.00 |
| 0000001187 | Regina Coffman | $ 2,225.00 | $ 0.00 | $ 0.00 |
| 0000001188 | Bruce Sarshar | $ 369.24 | $ 0.00 | $ 0.00 |
| 0000001196 | Jerry Erazo | $ 270.00 | $ 0.00 | $ 0.00 |
| 0000001199 | Steven Brown | $ 1,273.15 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page 28)

Table 4 (bottom-right):

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000001200 | Frank Fedail | $ 782.08 | $ 0.00 | $ 0.00 |
| 0000001202 | Veronica Isaac | $ 710.00 | $ 0.00 | $ 0.00 |
| 0000001203 | Michelle D Zink | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 0000001205 | Jacqueline Hardy | $ 204.21 | $ 0.00 | $ 0.00 |
| 0000001206 | Debora Lopes | $ 67.33 | $ 0.00 | $ 0.00 |
| 0000001207 | Ms Athena Kenner | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 0000001211 | John Mansfield | $ 2,129.85 | $ 0.00 | $ 0.00 |
| 0000001213 | Hubert Ronda | $ 301.50 | $ 0.00 | $ 0.00 |
| 0000001219 | Kevin Shea | $ 340.52 | $ 0.00 | $ 0.00 |
| 0000001222 | Evelyn Cruz | $ 400.00 | $ 0.00 | $ 0.00 |
| 0000001227 | Phedra Tsihonis | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 0000001230 | Marilyn R Arnesen | $ 59.00 | $ 0.00 | $ 0.00 |
| 0000001233 | Aneeta Jain | $ 672.33 | $ 0.00 | $ 0.00 |
| 0000001237 | New York State Department of Taxation | $ 41,891.55 | $ 0.00 | $ 0.00 |
| 0000001242 | Augustine Adeyanju | $ 13,373.00 | $ 0.00 | $ 0.00 |
| 0000001247 | Shanette D Jones | $ 750.00 | $ 0.00 | $ 0.00 |
| 0000001248 | Dwayne Hall | $ 250.00 | $ 0.00 | $ 0.00 |
| 0000001250 | New Jersey Department of Labor and | $ 0.00 | $ 0.00 | $ 0.00 |
| 0000001251 | Pedro L Bartolomei | $ 1,257.12 | $ 0.00 | $ 0.00 |
| 0000001259 | Marisol Torruella | $ 500.00 | $ 0.00 | $ 0.00 |
| 0000001262 | James & Catherine Stayton | $ 854.93 | $ 0.00 | $ 0.00 |
| 0000001266 | Antoinette Segura | $ 476.46 | $ 0.00 | $ 0.00 |
| 0000001271 | Jorge Esparza | $ 2,079.95 | $ 0.00 | $ 0.00 |
| 0000001281 | Ann Marie Paul | $ 649.99 | $ 0.00 | $ 0.00 |
| 0000001282 | Isabelle Lozach | $ 6,642.50 | $ 0.00 | $ 0.00 |
| 0000001283 | NYC Department of Finance | $ 0.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page 29)



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                             §
                                   §
PLVTZ, INC.                        §    Case No. 07-13532 REG
                                   §
           Debtor(s)               §
                                   §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Albert Togut, Chapter 7 Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK US BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

*212-668-2870*
*c/s*

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:45 AM on 05/14/2014 in Courtroom 621,
United States Bankruptcy Court
One Bowling Green
NY, NY 10004
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2014            By: /s/ Albert Togut
                                           Trustee

Albert Togut, Chapter 7 Trustee
One Penn Plaza
Suite 3335
New York, NY 10119

*212 268 4366*

*LK Davis*
*160.49*

*Spoke To!*
*Case Administrator*
*Amanda*

UST Form 101-7-NFR (10/1/2010) (Page: 1)