# TOGUT, SEGAL & SEGAL LLP

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

ALBERT TOGUT
FRANK A. OSWALD*
NEIL BERGER*
SCOTT E. RATNER*
JEFFREY R. GLEIT
SIDNEY SEGAL (1935-1968)
BERNARD SEGAL (1932-1983)

OF COUNSEL
BRIAN F. MOORE*
STEVEN S. FLORES

(212) 594-5000

FACSIMILE
(212) 967-4258

INTERNET
eMail@TeamTogut.com

STEPHANIE A. SKELLY°
MICHAEL D. HAMERSKY
LARA R. SHEIKH
ANTHONY F. PIRRAGLIA
SAMANTHA J. ROTHMAN
SCOTT A. GRIFFIN ᵛ
IVY B. GREY**
DAVID A. PAUL
RICHARD M. GOLDMAN
LEO MUCHNIK
LAUREN L. PEACOCK°

*MEMBER NY AND NJ BAR
°MEMBER NY AND CT BAR
◇MEMBER NY AND DC BAR
ᵛMEMBER NY, FL AND OH BAR
**MEMBER NY AND OR BAR

December 12, 2014

Ms. Linda K. Davis
PO Box 9616
Newark, NJ 07104

   Re: PLVTZ, Inc., Debtor
     <u>Chapter 7 Case No. 07-13532 [REG]</u>

Dear Ms. Davis:

 As counsel for Albert Togut, the Chapter 7 Trustee of PLVTZ, Inc. (the "Debtor"), we remain available to answer any questions you may have following our conversation on December 11, 2014 concerning your Claim No. 939 in the Debtor's case [Docket No. 1347].

       Very truly yours,

       TOGUT, SEGAL & SEGAL LLP
       By:

       <u>/s/ Lauren E. Bergstrom</u>
        Lauren E. Bergstrom
        Law Clerk

LEB/ka

cc: Honorable Robert E. Gerber (via ECF)